Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 4

```
OFFICE DEPOT, INC., OFFICE DEPOT LLC and
VEYER LLC

                    Plaintiff,

v.

UNITED STATES,

                    Defendant.
```

SUMMONS 22-242

**TO:** The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

Jeffrey S. Neeley Husch Blackwell LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington DC 20006
Direct: 202.378.2357
jeffrey.neeley@huschblackwell.com

_____
Signature of Plaintiff's Attorney

8/18/2022
_____
Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)